## Pre-suit Notice pursuant to Tennessee Code §29-26-121

### November 1, 2022

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, tn. 38103-2807, and

Registered Agent:
Imad Abdullah
877 Jefferson Avenue
Memphis, tn. 38103-2807

To whom it may concern:

Please be advised that Mikhaila Lenoir is providing this her notice of her potential Healthcare Liability action against Shelby County Health Care Corporation, doing business as, Regional One Health, (hereinafter Regional One Health) under Tenn. Code §29-26-119 *et seq.* and §29-20-205.

Ms. Lenoir is a quadriplegic due to an automobile accident in which she was involved on October 8, 2021. Ms. Lenoir received treatment from Regional One Health for the injuries she received in this accident from October 8, 2021 until January 21, 2022.

During the time Ms. Lenoir was a patient at Regional One Health she was obviously bedridden, unable to turn, move or shift in the bed. Ms. Lenoir was also heavily medicated during her stay at Regional One Health. The nurses, nurses' assistants and other employees of Regional One Health failed to properly turn Ms. Lenoir in the bed which resulted in multiple pressure sores/decubitus ulcers which were discovered by Ms. Lenoir's family on or about November 15, 2021.

Ms. Lenoir was placed in a chair, unrestrained, and left unattended by the nurses, nurses assistants and other employees of Regional One Health. She fell from the chair onto the floor and stayed there for a substantial time period until finally discovered.

Ms. Lenoir suffers from incontinence as a result of her injuries and must wear adult diapers. The nurses, nurses' assistants and other employees of Regional One Health failed to regularly change Ms. Lenoir. As a result, Ms. Lenoir had to lay in urine and feces for extended time periods until she was finally changed. This neglect occurred on a regular basis until Ms. Lenoir's discharge on January 21, 2022.

The nurses, nurses' assistants and other employees of Regional One Health, failed to properly clean, treat and/or care for Ms. Lenoir's bed/pressure sores causing the sores to increase in size, depth and severity. This neglect occurred on a regular basis until Ms. Lenoir's discharge on January 21, 2022.

As a result of her paralysis, Ms. Lenoir could not use a normal call button but had to use a call device activated by her mouth. The nurses, nurses' assistants and other employees of Regional One Health on numerous occasions would fail to insure that the device was in place,

or intentionally move the call device, so that Ms. Lenoir could not utilize her call button. As a result she could not contact the nurses if she needed changing, was thirsty or hungry or if she was having any emergency. This neglect occurred on a regular basis until Ms. Lenoir's discharge on January 21, 2022.

Also, the nurses, nurses' assistants and other employees of Regional One Health performed medical procedures on Ms. Lenoir without her informed consent and in blatant disregard of her clearly expressed non-consent. Ms. Lenoir had difficulty breathing as a result of injuries and required a breathing tube. The nurses, nurses' assistants and other employees of Regional One Health told her that her breathing tube was going to be replaced with a smaller breathing tube. Ms. Lenoir specifically told them that she did not consent to that treatment and did not want it done because she was having breathing difficulties. The nurses, nurses' assistants and other employees of Regional One Health, told her that they would change her breathing tube with the same size tube but, instead and without Ms. Lenoir's consent knowledge and her specifically stated non-consent, replaced her breathing tube with the smaller tube. As a result of the smaller tube Ms. Lenoir suffered respiratory distress until the proper sized breathing tube was replaced. This neglect occurred on a regular basis until Ms. Lenoir's discharge on January 21, 2022.

Finally, the nurses, nurses' assistants and other employees of Regional One Health, severely limited Ms. Lenoir's family from visiting, contrary to the visitation rules in place, thereby increasing Ms. Lenoir's distress, feelings of isolation and fear of other mistreatment.

## Tennessee Code §29-26-121 required information.

A. The full name and date of birth of the patient;
   Mikhaila Lenoir,
   Date of birth: 06/12/2000

B. The name and address of the claimant authorizing the notice;
   Mikhaila Lenoir
   709 West Vine Street
   Aberdeen, Ms. 39730

C. The name and address of the attorney sending the notice;
   Gregory W. Harbison
   204 West Main Street
   Post Office Box 7360 (38802)
   Tupelo, Mississippi, 38804

D. A list of the name and address of all providers being sent notice;
   Regional One Health (Shelby County Health Care Corporation dba Regional One Health)
   877 Jefferson Avenue
   Memphis, tn. 38103-2807

E. A HIPAA compliant medical authorization permitting the provider receiving the notice to obtain complete records from each other provider being sent a notice; <u>Only one provider is receiving this notice. If any other person, entity or health care provider who may be a properly named defendant pursuant to Tennessee Code §29-26-121(a) 5 is identified, a proper medical authorizations will be provided.</u>

If you require any further information or wish to discuss this matter further, please contact the undersigned at the above listed address.

Sincerely:

Gregory W. Harbison

## SWORN AFFIDAVIT

STATE OF MISISSIPPI

COUNTY OF LEE

COMES NOW, Affiant, Gregory W. Harbison, and after being duly sworn on his oath states the following:

My name is Gregory W. Harbison.

That I executed the above and foregoing document on November 1, 2022.

That I mailed via USPS Certified Mail the above and foregoing document to Shelby County Healthcare Corporation d/b/a Regional One Health at 877 Jefferson Avenue, Memphis, TN 38103-2807.

That I mailed via USPS Certified Mail the above and foregoing document to the registered agent of service for Shelby County Healthcare Corporation d/b/a Regional One Health, Imad Abdullah, at 877 Jefferson Avenue, Memphis, TN 38103-2807.

RESPECTFULLY SUBMITTED THIS THE __1__ DAY OF _November_ 2022.

_____
GREGORY W. HARBISON

SWORN TO AND SUBSCRIBED BEFORE ME, ON THIS THE __1__ DAY OF _November_, 2022.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

[Notary Seal: ELIZABETH COLLUM, ID # 72417, Commission Expires Jan. 13, 2024, ITAWAMBA COUNTY, STATE OF MISSISSIPPI]



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Memphis, TN 38103 OFFICIAL USE

Certified Mail Fee $4.00

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $

Postage $0.84

Total Postage and Fees $8.09

Postmark Here — NOV -1 2022 — 11/01/2022

Sent To: Imad Abdullah
Street and Apt. No., or PO Box No.: 877 Jefferson Avenue
City, State, ZIP+4: Memphis, TN 38103-2807

7022 1670 0001 5367 8416

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions







